IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01919-WDM-MJW

BOARD OF TRUSTEES, et al.,

Plaintiff(s),

v.

J&C STAINLESS FABRICATING COMPANY, INC., et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion to Vacate and Reschedule Scheduling Conference, filed with the Court on January 11, 2007, Docket Number 13, is GRANTED.  The scheduling conference set on January 17, 2007, at 2:00 p.m., is VACATED and RESET on February 9, 2007, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures.  An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date:   January 12, 2007